IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THIAGO MELLADO,

                    Plaintiff,

v.

SCHEDULE A DEFENDANTS,

                    Defendants.

Civil Action No. 26-cv-420

**FILED UNDER SEAL**

**PRAECIPE FOR ISSUANCE OF SUMMONSES**

Plaintiff, Thiago Mellado, by and through his undersigned counsel, hereby praecipes for the issuance of the attached Summons for "SCHEDULE A DEFENDANTS."

                    Respectfully submitted,

Dated:  March 30, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff