IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THIAGO MELLADO,

          *Plaintiff*,

    v.

SCHEDULE A DEFENDANTS,

          *Defendants*.

Civil Action No. 2:26-cv-420

Hon. William S. Stickman IV

## HEARING MEMO

HEARING HELD:  Videoconference Motion Hearing
DATE HEARING HELD:  March 31, 2026
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:
Stanley Ference, III, Esquire

Appearing for Defendants:
n/a

Hearing began at 2:01 p.m.

Hearing concluded at 2:05 p.m.

Stenographer:  Barbara Loch

OUTCOME:

Motion Hearing held re Motion for 1) Temporary Restraining Order; 2) Order Restraining Assets and Merchant Storefronts; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; and 4) Order Authorizing Expedited Discovery (ECF No. 5).  The Court finds the requisite elements have been met and the temporary restraining order will issue. $5,000 bond will be required. The temporary restraining order must be served upon Defendants forthwith, and Plaintiff must file proof of the same with the Court.

Injunction Hearing scheduled for 04/14/26 at 10:00 a.m. in courtroom 8B.

Orders of Court to follow.