## IN THE UNITED STATES DISTRICT COURT

WESTERN _____ **DISTRICT OF** PENNSYLVANIA _____

_____ **DIVISION**

THIAGO MELLADO
**Plaintiff,**
**v.**

**SCHEDULE A DEFENDANTS**

**Case No.:** 26-cv-00420 _____

**BOND ON INJUNCTION**

Bond No.:  S-403751

**Defendant(s).**

We, THIAGO MELLADO _____ as Principal, and NGM
INSURANCE COMPANY, as Surety, are bound to the above shown Defendant(s), as Obligee, in the sum
of Five Thousand and 00/100 Dollars _____ ($ 5,000 _____ ) lawful money of the United
States of America, for the payment of which we bind ourselves, our heirs, personal representatives,
successors and assigns jointly and severally.

THE CONDITION OF THIS BOND IS SUCH; That if the Principal shall pay all costs and damages
that the Obligee may sustain in consequence of the Principal improperly obtaining a temporary injunction
or restraining order in this action, then this bond is void; otherwise it remains in full force and effect.

Signed, sealed and dated this _____1st_____ day of _____April_____, 2026 _____.

**NGM INSURANCE COMPANY**
4601 Touchton Rd., Ste. 3400, Jacksonville, FL   32246

_____

By: Nicholas A. Hanley, Attorney-in-Fact and Agent

APPROVED on

_____ , _____.

_____

(Judge)(Clerk)

**PRINCIPAL**

_____
By: Attorney for Principal

68-QQ-0121b-04

# POWER OF ATTORNEY

S-403751

**KNOW ALL PARTIES BY THESE PRESENTS:** That NGM Insurance Company, a Florida corporation having its principal office in the City of Jacksonville, State of Florida, pursuant to Article IV, Section 2 of the By-Laws of said Company, to wit:

"Article IV, Section 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company thereto, bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional undertaking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them."

does hereby make, constitute and appoint NICHOLAS A. HANLEY                its true and lawful Attorney-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed bond number S-403751       dated April 1, 2026                 , on behalf of **** THIAGO MELLADO ****

in favor of US DISTRICT COURT WESTERN DISTRICT OF PENNSYLVANIA

for Five Thousand and 00/100

Dollars ($ 5,000           ),

including any related Consent of Surety or supplemental documents required, and to bind NGM Insurance Company thereby as fully and to the same extent as if such instrument was signed by the duly authorized officers of NGM Insurance Company; this act of said Attorney is hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the Directors of NGM Insurance Company at a meeting duly called and held on the 2nd day of December 1977.

Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the company as the original signature of such officer and the original seal of the company, to be valid and binding upon the company with the same force and effect as though manually affixed.

**IN WITNESS THEREOF,** NGM Insurance Company has caused these presents to be signed by its Secretary and its corporate seal to be hereto affixed this 18th day of September, 2025.

NGM INSURANCE COMPANY By:

Lauren K. Powell
Vice President, Corporate Secretary

State of Wisconsin,
County of Dane

On this 18th day of September, 2025, before the subscriber a Notary Public of State of Wisconsin and for the County of Dane duly commissioned and qualified, came Lauren K. Powell of NGM Insurance Company, to me personally known to be the officer described herein, and who executed the preceding instrument, and she acknowledged the execution of same, and being by me fully sworn, deposed and said that she is an officer of said Company, aforesaid: that the seal affixed to the preceding instrument is the corporate seal of said Company, and the said corporate seal and her signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Company; that Article IV, Section 2 of the By-Laws of said Company is now in force.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed by official seal at Madison, Wisconsin this 18th day of September, 2025.

Mary J. Ripp
**My Commission Expires February 8, 2027**

I, Janet S. Embray, President of NGM Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in force and effect.
**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed the seal of said Company at Madison, Wisconsin this 1st   day of       April        , 2026  .

Janet S. Embray, President

WARNING: Any unauthorized reproduction or alteration of this document is prohibited.
TO CONFIRM VALIDITY of the attached bond please call **1-603-354-5281**.
TO SUBMIT A CLAIM: Send all correspondence to 55 West Street, Keene, NH 03431 Attn: Bond Claim Department or call our Bond Claim Department at 1-603-358-1437.