**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THIAGO MELLADO<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS<br><br>Defendants. | Case No. 26-cv-420 |

**MOTION TO MODIFY THE TEMPORARY RESTRAINING ORDER**

Non-Party Whaleco Inc. (dba Temu) ("Temu"), by and through its undersigned counsel, respectfully moves this Honorable Court for an Order modifying the temporary restraining order. Temu is concurrently filing a Motion to File Under Seal and a Proposed Order, and if that is granted, Temu will then file the papers supporting this Motion under seal, including a Proposed Order.

Dated: April 29, 2026    RESPECTFULLY SUBMITTED:

**ROSENN, JENKINS & GREENWALD, LLP**

BY:    /s/ Zachary J. Watkins
       Zachary J. Watkins, Esq. (PA ID No. 325350)
       Thomas J. Campenni, Esq. (PA ID No. 87809)
       *To be admitted generally*
       Cross Creek Pointe
       1065 Highway 315
       Suite 200
       Wilkes-Barre, PA 18702
       570-826-5652
       zwatkins@rjglaw.com
       tcampenni@rjglaw.com

**KNOBBE, MARTENS, OLSON & BEAR LLP**

BY: /s/ Marko R. Zoretic
Marko R. Zoretic, Esq. (CA ID No. 233952)
*To be admitted pro hac vice*
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
949-760-0404
marko.zoretic@knobbe.com

*Attorneys for non-party Whaleco Inc. d/b/a Temu*