**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THIAGO MELLADO )
)
Plaintiff, )
v. ) Case No. 26-cv-420
)
SCHEDULE A DEFENDANTS )
)
Defendants )

## ORDER ON MOTION OF MARKO R. ZORETIC
## FOR ADMISSION *PRO HAC VICE*

Upon consideration of the motion of Marko R. Zoretic for admission *pro hac vice* in this matter, it is **ORDERED** that the motion is granted, and that Marko R. Zoretic is admitted *pro hac vice* to practice in this matter and in all contested matters and adversary proceedings arising from this matter as counsel for Non-Party Whaleco Inc. d/b/a Temu.

Dated: _____, 2026        _____