# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THIAGO MELLADO,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No.

26-cv-00420

(Judge Stickman)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff,

through their undersigned attorney, hereby gives notice of the voluntary dismissal, without

prejudice, of all claims against Defendant(s):

| No. | Defendant |
|-----|-----------|
| 22 | yiwushifumaimaoyiyouxiangongsi |
| 23 | HOWDOUDO |
| 26 | GuangZhouRunFengDaJiaJuYouXianGongSi |
| 42 | LineFlow |
| 43 | FadedPrint |
| 45 | ATSOIDB |
| 46 | PMYCN |
| 56 | BXWW |
| 57 | EGUGE |
| 58 | MotifMelt |
| 59 | ArtTrap |
| 60 | FormPrint |
| 99 | TagTide |
| 100 | StylePrint |
| 101 | DuraPrint |
| 102 | TeesChunDao |
| 104 | OrganicInk |

| 105 | BeachBloomer |
|---|---|
| 106 | FabricInk |
| 107 | GlitchInk |
| 114 | PrintScreen |
| 124 | ATCOTIO |
| 125 | Bold Print Co cw |
| 127 | Hudieis |
| 145 | NeonInk |
| 154 | Vibe Street |
| 163 | Eclot Shop |
| 164 | Talented DesignerW |
| 165 | Trendzw |
| 172 | EnchantedPrints M |
| 178 | LuxeMuses |
| 188 | Neutralve |
| 192 | Orca M |
| 193 | Streetwear Urban |
| 195 | A Graceful Glow |
| 199 | BAI HUA SST |
| 207 | Knitory G |
| 211 | FirstCic Zuxin Shubai |
| 213 | SketchSurge |
| 214 | Cyber punk T |
| 223 | Oceanblue MQ |
| 247 | LJYMYCA SHOP |
| 249 | crystal B |
| 250 | orchard G |
| 258 | Orca Q |
| 264 | HuDepartment |
| 268 | Awhale |
| 269 | Rue de Lune |
| 276 | Seeuuagain |
| 282 | Berry Cookies |
| 292 | PUTIAN UP SHOP |
| 299 | Knitory K |
| 305 | EmpClip |
| 309 | dahouse |
| 310 | Sweater Hippee |
| 313 | Lumiere Duval |

| | | |
|---|---|---|
| 317 | | HUALAstyle |
| 318 | | Beluga Park |
| 319 | | Excellentt |
| 320 | | BTT Customization |
| 321 | | Minimal Local B |
| 327 | | xilixili |
| 337 | | K Tomu |
| 342 | | CyberInk |
| 343 | | InkSwell |
| 347 | | Blissery |
| 352 | | MZ B |
| 355 | | Beyond Borders Clothing |
| 358 | | F Tomu |
| 361 | | Chameleon Canvas |
| 374 | | Large T shirt TTT |
| 383 | | aaaworkk |
| 390 | | W Wink |
| 400 | | YCLUS |
| 401 | | Fong Finds |
| 405 | | YiDianYH |
| 416 | | FuturaInk |
| 417 | | ZhuoSelect |
| 425 | | sky137 |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: May 19, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC

409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff