**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THIAGO MELLADO, | Civil Action No. |
| Plaintiff, | 26-cv-00420 |
| v. | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 62 | HOME DECORCM |
| 141 | WCY PP |
| 160 | Vibe Wears |
| 197 | Ang ZAY |
| 201 | Fantasy NA |
| 236 | Darcydaily |
| 238 | Traillounge |
| 242 | Fantasy NH |
| 245 | Hanamaru B |
| 256 | XINJIEJU GRAY |
| 266 | ZenVerse Purea |
| 267 | Tee Vibe |
| 293 | OnRushing |
| 300 | ORAGRAMMER |
| 311 | Futurism Design |
| 365 | Fantasy NB |
| 371 | Hanamaru Woman |
| 381 | KKEEPPP |

| 423 | zangkao |
|-----|---------|

Each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: June 19, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -